IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
QARI SAAD IQBAL, *et al.*,                  :
:
                Petitioners,         :
:
              v.                   :  Civil Action No. 06-CV-1688 (RMC)
:
GEORGE W. BUSH, *et al.*,                   :
:
                Respondents.         :
:
_____ x

## NOTICE OF APPEARANCE

Please enter the appearance of the attorney listed below on behalf of petitioners in the above-captioned matter.

                Shayana Kadidal
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York NY  10012
                Tel: (212) 614-6438
                Fax: (212) 614-6499

Thank you.

                Respectfully submitted,


                _____/s/_____
                Shayana Kadidal [D.C. Bar No. 454248]