IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| **GUANTÁNAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH) |
| QARI SAAD IQBAL, *et al.*, Petitioners, | |
| v. | No. 06-CV-1688 (RMC) |
| GEORGE W. BUSH, *et al.*, Respondents. | |

## STATUS REPORT

The above-captioned case was dismissed on October 2, 2006, as a redundant filing duplicative of the identical petition filed as 06-CV-1674. *See* Minute Entry Order (entered October 2, 2006) (noting "two copies of the same habeas petition" were filed). The Court need take no further action on this case.

Dated:   New York, New York
         July 18, 2008

                                        Respectfully submitted,

                                        _____/s/_____
                                        Shayana D. Kadidal (D.C. Bar No. 454248)
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012

Tel: (212) 614-6438
Fax: (212) 614-6499

*Counsel for Petitioners*