# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:
**GUANTANAMO BAY**
 **DETAINEE LITIGATION**

**Misc. No. 08-442 (TFH)**
**Civil Action Nos.**
**02-CV-0828, 04-CV-1136, 04-CV-1164,**
**04-CV-1194, 04-CV-1254, 04-CV-1937,**
**04-CV-2022, 04-CV-2035, 04-CV-2046,**
**04-CV-2215, 05-CV-0023, 05-CV-0247,**
**05-CV-0270, 05-CV-0280, 05-CV-0329,**
**05-CV-0359, 05-CV-0392, 05-CV-0492,**
**05-CV-0520, 05-CV-0526, 05-CV-0569,**
**05-CV-0634, 05-CV-0748, 05-CV-0763,**
**05-CV-0764, 05-CV-0833, 05-CV-0877,**
**05-CV-0881, 05-CV-0883, 05-CV-0889,**
**05-CV-0892, 05-CV-0993, 05-CV-0994,**
**05-CV-0995, 05-CV-0998, 05-CV-0999,**
**05-CV-1048, 05-CV-1124, 05-CV-1189,**
**05-CV-1220, 05-CV-1236, 05-CV-1244,**
**05-CV-1347, 05-CV-1353, 05-CV-1429,**
**05-CV-1457, 05-CV-1458, 05-CV-1487,**
**05-CV-1490, 05-CV-1497, 05-CV-1504,**
**05-CV-1505, 05-CV-1506, 05-CV-1509,**
**05-CV-1555, 05-CV-1590, 05-CV-1592,**
**05-CV-1601, 05-CV-1602, 05-CV-1607,**
**05-CV-1623, 05-CV-1638, 05-CV-1639,**
**05-CV-1645, 05-CV-1646, 05-CV-1649,**
**05-CV-1678, 05-CV-1704, 05-CV-1725,**
**05-CV-1971, 05-CV-1983, 05-CV-2010,**
**05-CV-2083, 05-CV-2088, 05-CV-2104,**
**05-CV-2112, 05-CV-2185, 05-CV-2186,**
**05-CV-2199, 05-CV-2200, 05-CV-2249,**
**05-CV-2349, 05-CV-2367, 05-CV-2371,**
**05-CV-2378, 05-CV-2379, 05-CV-2380,**
**05-CV-2381, 05-CV-2384, 05-CV-2385,**
**05-CV-2386, 05-CV-2387, 05-CV-2398,**
**05-CV-2444, 05-CV-2477, 05-CV-2479,**
**06-CV-0618, 06-CV-1668, 06-CV-1674,**
**06-CV-1684, 06-CV-1688, 06-CV-1690,**
**06-CV-1691, 06-CV-1758, 06-CV-1759,**
**06-CV-1761, 06-CV-1765, 06-CV-1766,**
**06-CV-1767, 07-CV-1710, 07-CV-2337,**
**07-CV-2338, 08-CV-0987, 08-CV-1085,**
**08-CV-1101, 08-CV-1104, 08-CV-1153,**
**08-CV-1185, 08-CV-1207**

## RESPONDENTS' SUPPLEMENTAL STATUS REPORT

Respondents submit this supplemental status report regarding the delivery of unclassified

Combatant Status Review Tribunal ("CSRT") records to petitioners' counsel and state as follows:

1. In its July 11, 2008 Order, ¶ 2.K, the Court required the parties to report "on any

agreement for the government to provide unclassified portions of the CSRT records to petitioners

who have had their CSRT reviews by July 31, 2008."

2. In the parties July 21, 2008 Joint Report at 17, respondents stated:

Respondents have agreed that they would provide to a petitioner's counsel the
unclassified portions of the CSRT record pertaining to that petitioner, where
petitioner's counsel have not previously had access to the unclassified or classified
CSRT record either through habeas litigation or litigation in the Court of Appeals
under the Detainee Treatment Act. Respondents anticipate providing such
unclassified materials by July 31, 2008, or shortly thereafter. If this undertaking is
not complete by July 31, 2008, respondents will provide a status report to the
Court on August 1, 2008, updating the Court regarding the matter and providing
an anticipated completion date.

3. Respondents were unable to produce the unclassified portions of the CSRT records by

July 31, 2008. Review of said materials for possible designation of unclassified information as

"protected information" under the protective order regime[1] is ongoing.

4. Respondents expect and intend to serve the unclassified CSRT materials on counsel for

petitioners no later than August 6, 2008.

---

[1] *See* Amended Protective Order and Procedures for Counsel Access to Detainees at the
United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, 344 F.
Supp. 2d 174 (D.D.C. 2004); Order Addressing Designation Procedures for "Protected
Information," first issued on November 10, 2004; and (3) Order Supplementing and Amending
Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on
December 13, 2004.

Dated: August 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

<u>  /s/ Terry M. Henry                                          </u>
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents